U.S. COURTHOUSE
NASHVILLE, TENNESSEE 1/6

DONALD KYLE YONTZ
UNITED STATES CIVIL RIGHTS ACTIVIST
V
DEFENDANT
STATE OF TENNESSEE
STATE OF TENNESSEE DEPT OF YOUTH DEVELOPMENT
STATE OF TENNESSE DEPT OF FAMILY AND CHILDREN SERVICES
STATE OF TENNESSEE WASHINGTON COUNTY JUVENILE COURT
WILDER YOUTH DEVELOPMENT CENTER

RECEIVED
IN CLERK'S OFFICE
DEC 10 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

MOTION TO OPEN UP CIVIL RIGHTS CASE/COMPLAINT AND TO WAIVE OR BILL PLAINTIFF FOR COURT FILING FEE. TO ALLOW PLAINTIFF TO MOVE FORWARD PRO-SE.

COMPLAINT

Comes now the plaintiff Donald Kyle Yontz who STATES HE IS NOT AN ATTORNEY, BUT IS FORCED TO FILE this motion PRO-SE.

The plaintiff Donald Kyle Yontz ADDRESS is

DONALD KYLE YONTZ
UNITED STATES CIVIL RIGHTS ACTIVIST
PMB 391
3 CENTRAL PLAZA
ROME, Georgia, 30161

THE PLAINTIFF STATES OWNING NO ASSETS LIVING IN A SHELTER AND HAS A RECENT CIVIL RIGHTS ACTION IN THE UNITED STATES SOUTHERN DISTRICT COURT MIAMI, FLORIDA THAT HAS BEEN CLOSED. THE PLAINTIFF DONALD KYLE YONTZ HAS RECENTLY PETITIONED THE U.S. SOUTHERN DISTRICT COURT TO REOPEN THE CASE DUE TO PETITIONER HAVING NO KNOWLEDGE OF THE MOVEMENT OF THE COURT. THE U.S. SOUTHERN DISTRICT COURT MIAMI FLORIDA HAS WAIVED OR BILLED THE PLAINTIFF FOR THE COURT FILING FEE, THE U.S. DISTRICT COURT SOUTHERN DISTRICT OF MIAMI, REFERED THE PLAINTIFF DONALD KYLE YONTZ CIVIL RIGHTS ACTION FOR THE VOLUNTEER ATTORNEY PROGRAM. THE ~~DEFENDANT~~ PLAINTIFF DONALD KYLE YONTZ IS HOMELESS, LIVING IN A HOMELESS SHELTER. THE PLAINTIFF DONALD KYLE YONTZ STATES HAVING NO INCOME AND ATTENDS MENTAL HEALTH CLASSES 30 HOURS A WEEK.

THE PLAINTIFF DONALD KYLE YONTZ STATES HAVING BEEN IN CONTACT WITH THE DISTRICT ATTORNEY FOR SUMMERVILLE, TENNESSEE IN REGARDS TO STATUE OF LIMITATIONS FOR CRIMINAL CHARGES. OPTIONS.

THE PLAINTIFF REQUEST THE COURT TO ALLOW THE PLAINTIFF TO RESERVE THE RIGHT TO ADD POTENTIAL DEFENDANTS.

THE PLAINTIFF ALLEGES, THE STATE OF TENNESSEE, STATE OF TENNESSEE DEPARTMENT OF YOUTH DEVELOPMENT, THE STATE OF TENNESSEE DEPART OF FAMILY AND CHILDREN SERVICES, STATE OF TENNESSEE WASHINGTON COUNTY JUVENILE COURT AND WILDER YOUTH DEVELOPMENT CENTER IN SUMERVILLE, TENNESSEE, HAD KNOWLEDG OF AND FAILED TO PROTECT PLAINTIFF DONALD KYLE YONTZ FROM THE OFFENSES OF AGGRAVATED CHILD ABUSE. THE OFFENSES OCCURED BETWEEN THE YEARS OF 1983-1987. THE PLAINTIFF NEEDS ASSISTENCE TO SUPENIA THE PLAINTIFFS DONALD KYLE YONTZ JUVENILE RECORDS FROM THE STATE OF TENNESSEE DEPARTMENT OF YOUTH ~~DEVEL~~ DEVELOPMENT.

THE PLAINTIFF STATES JUST RECENTLY HAVING KNOWLEDG THAT SCIENTIFIC PROOF MAY ASSIST IN THIS COMPLAINT. THE PLAINTIFF ALLEGES ON NUMEROUS OCCASIONS, WAS BEATEN AND STOMPED TO DEATH BY CORRECTIONAL OFFICERS, A SCHOOL TEACHER AND JUVENILE GANGS, FOR MONTHS AS A YOUNG CHILD WHILE IS STATE CUSTODY. THE PLAINTIFF STATES HAVING PUNCTURED PENCIL STAB WOUNDS PRESENT CURRENTLY IN THE PLAINTIFFS DONALD KYLE YONTZ BODY. THREE WOUNDS ~~AND~~ CAN BE SEEN WITH THE NAKED EYE. THE PLAINTIFF STATES HAVING BEEN IN STATE OF TENNESSEE DEPARTMENT OF YOUTH DEVELOPMENT CUSTODY FOR LENGTHY PERIODS OF TIME. THE PLAINTIFF STATE'S AS A CHILD, THE PLAINTIFF DONALD KYLE YONTZ WAS A PRISONER OF WAR UNDER THE CUSTODY OF THE DEPARTMENT OF YOUTH DEVELOPMENT IN SOMMERVILLE, LIVING IN CONSTANT FEAR AND IN A LITERAL BLOOD WAR ZONE

THE PLAINTIFF STATES UNDER THE PENALTY OF PERJURY THIS STATEMENT/ COMPLAINT TO BE TRUE,

DONALD KYLE YONTZ
UNITED STATES CIVIL RIGHTS ACTIVIST
THIS 4TH DAY OF DECEMBER 2018

DEBI JARRELL
MY COMMISSION EXPIRES
MAY 03 2020
FLOYD CO., GEORGIA
NOTARY PUBLIC

Debi Jarrell
My Comm. Expires May 3, 2020

DONALD KYLE YONTZ
UNITED STATES CIVIL RIGHTS ACTIVIST
PMB 391
3 CENTRAL PLAZA
ROME, GA. 30161

Donald Kyle Young
United States Civil Rights Activist
PMB 391
3 Central Plaza
Rome, Georgia. 30161

RECEIVED
IN CLERK'S OFFICE
DEC 10 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.60⁰
0000836537 DEC 04 2018
MAILED FROM ZIP CODE 30165

United States Courthouse
Attn: Court Clerk
Estes Kefauver Federal Building and Courthouse
801 Broadway Room 800
Nashville, Tennessee 37203